# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHARON VARGAS,<br>　　　　　Plaintiff, | CIVIL ACTION |
|---|---|
| v. | |
| COMPUTER SCIENCES CORPORATION,<br>　　　　　Defendant. | NO. 16-2824 |

## O R D E R

**AND NOW**, this 10th day of July, 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF 37), Plaintiff's Response (ECF 38), and the Reply thereto (ECF 39), **IT IS ORDERED** that the Defendant's Motion is **GRANTED**, and **JUDGMENT IS ENTERED IN FAVOR** of Defendant and **AGAINST** Plaintiff.  **IT IS FURTHER ORDERED** that the clerk shall mark this case as closed for statistical purposes.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**